# In the United States District Court
### Western District Of Arkansas
_____ Division

## David Lee McMurrain Sr.

_____

*(In the space above enter your full name and Prison ID*
*Number, if any.* **Do not include your Social Security Number**).

-against-

_____

_____

_____

_____

_____

*(In the space above enter the full name of each Defendant)*

**Case**

No. 1:24 cv 1072
(To be filled out by Clerk's Office only)

## COMPLAINT
*(Pro Se ~~Prisoner~~)*

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.**

---

## I.    PLAINTIFF INFORMATION

David Lee McMurrain Sr.
_____
Name (First, Middle, Last)                      Aliases

_____
Prisoner ID #, if any

_____
Place of Detention or Incarceration

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FILED**

NOV 1 8 2024

Ronald E. Dowling, Clerk of Court
By _____
      Deputy Clerk

2368 Urbana Rd.
_____
Address (*If detained, facility address*)

Union ElDorado, AR.              71730
_____
County, City                    State              Zip Code

## II.    PRISONER STATUS

*Check all boxes that apply to you:*

☐ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence.  Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☐ Other.  Explain.

_____
_____
—

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service.  If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information.  Do not list witnesses.  The jail or detention center is a building and cannot be sued.*

Defendant 1:    General Dynamics Of Hampton
                _____
                Name (Last, First)

                _____
                Current Job Title
                Defense Contractor
                _____
                Current Work Address
                Hampton , Arkansas    71744
                _____
                County, City          State          Zip Code

Defendant 2:    _____
                Name (Last, First)

Current Job Title

Current Work Address

County, City                    State                Zip Code

Defendant 3:

Name (Last, First)

Current Job Title

Current Work Address

County, City                    State                Zip Code

Defendant 4:

Name (Last, First)

Current Job Title

Current Work Address

County, City                    State                Zip Code

## IV.  STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights.  List each claim separately (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.).  If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim.  **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of
occurrence:   *General Dynamics Hampton, AR,*

Date(s) of occurrence:   *February 2023 Thru March, 2024*

Name of Each Defendant Involved:

_____

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____

_____

_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

> What
> happened
> to you?

FACTS:   Not full Compliant with the federal investigations conducted by the equal employment Opportunity Commission on this Charged information the Releaseing all Commercial operating Report's DVIR's, Truck inspections forms.

| Who did what? |
| How were you injured? |

With regard to claim 1, are you suing Defendant(s) in his/her/their:

- [✓] Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- [ ] Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- [ ] Both Official and Individual capacity

*If you are asserting an official capacity claim*, please describe the custom, policy, or widespread practice  that you believe caused the violation of your constitutional rights.

False documentations and deformation
of Character because of my race being
black amerian and gender black american
Male !

**Claim Number 2:**

Place(s) of
occurrence:

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Title VII Civil Rights Act of 1964.
14 Amendment Rights.
Defamation of Character.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| What happened to you? | My employment was demanded terminated because of false accusations and written forms of disciplinary actions documents. |

| Who did what? | |

| How were you injured? | My professional work history being destroyed or slandered. |

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐     Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐     Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐     Both Official and Individual capacity

*__If you are asserting an official capacity claim__, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

_____

_____

_____

_____

_____

_____

**Claim Number 3:**

Place(s) of occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____

_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

Who did what?

How were you injured?

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐   Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐   Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐   Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_____
_____
_____
_____
_____
_____

## V.   RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☐ Other relief (describe below).

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

① $100,000 a year until my age of 70 years old for my Retirement Status,
② $300,000,000 for possible Slavery Reparations for me and my entire family heirship names of McMurtrin Surname to date.

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?      ☐ Yes    ☐ No

     If yes, how many? _____

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**?      ☑ Yes    ☐ No

     If yes, how many? *1*

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

*CV-97-1021, Honorable Bobby Shepherd Presided and dismissed the case with a Prejudice to date.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

November 18, 2024
_____        _____
Dated                                                         Plaintiff's Signature

David L. McMurrain Sr.
_____
Printed Name (First, MI, Last)


_____
Prison Identification #, if any.


_____
Prison Address                          City                          State        Zip Code